Approved: _____
SHIVA H. LOGARAJAH
Assistant United States Attorney

Before:     HONORABLE PAUL E. DAVISON
            United States Magistrate Judge
            Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :   21 Mag. 04375
            -v.-                    :   RULE 5(c)(3) AFFIDAVIT
                                    :
ROBERT C. CHAPMAN,                  :
a/k/a "Robert Erick,"               :
                                    :
            Defendant.               :
                                    :
- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

KENNETH KROLL, being duly sworn, deposes and says that he is a Task Force Officer with the Federal Bureau of Investigation ("FBI"), and charges as follows:

On or about April 13, 2021, the United States District Court for the District of Columbia (the "DDC") issued a warrant for the arrest of "Robert C. Chapman, a/k/a Robert Erick" (the "Warrant"). The Warrant was based upon a complaint charging Robert C. Chapman with one count of Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1); one count of Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(2); one count of Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and one count of Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(2)(G) (the "Complaint"). Copies of the Warrant, Complaint, and supporting affidavit (the "Agent Affidavit") are attached.

1

I believe that ROBERT C. CHAPMAN, a/k/a "Robert Erick," the defendant, who was taken into FBI custody on April 22, 2021 in Carmel, New York, in the Southern District of New York, is the same individual as the "Robert C. Chapman, a/k/a Robert Erick," who is wanted by the DDC.

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1. I am a Task Force Officer with the FBI. I have been personally involved in determining whether ROBERT C. CHAPMAN, a/k/a "Robert Erick," the defendant, is the same individual as the "Robert Chapman, a/k/a Robert Erick" named in the Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my participation in this investigation, I know that:

a. On or about April 22, 2021, ROBERT CHAPMAN, a/k/a Robert Erick, the defendant, was arrested in Carmel, New York. CHAPMAN answered to the name "Robert Chapman," had images on his phone, searched pursuant to a warrant, that were in the Agent Affidavit underlying the Complaint, and provided a New York State driver's license in the name of "Robert Chapman."

WHEREFORE, deponent prays that ROBERT C. CHAPMAN, a/k/a "Robert Erick," the defendant, be bailed or imprisoned, as the case may be.

/s/ Kenneth Kroll (known to Court)  (via FaceTime)
KENNETH KROLL
Task Force Officer
FBI

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 on: 4/22/21

HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK