UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Robert Chapman a/k/a Robert Erick
     Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:21-mj-04375

Defendant Robert Chapman a/k/a Robert Erick hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

X _____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

ROBERT CHAPMAN
Print Defendant's Name

BENJAMIN GU
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/22/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge